UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NERO International Holding Co., Inc., and
Joseph Valenti

      Plaintiffs/Counter-Defendants,

   v.                                                        Case no.: 1:21-cv-11302- PBS

NEROtix Unlimited Inc., Annemarie Tyler,
William J Bearden, & NERO World, L.L.C.,

      Defendants/Counter-Plaintiffs

_____/

**DEFENDANTS' MOTION FOR SEPARATE AND FINAL DEFAULT JUDGMENT
OF NERO INTERNATIONAL HOLDING CO., INC.**

  Come Now Defendants NEROtix Unlimited Inc., Annemarie Tyler, William J Bearden, & NERO World, L.L.C., and pursuant to Fed. R. Civ. P. 55 moves for separate and final Default Judgment against Plaintiff NERO International Holding Co., Inc., as Plaintiff failed to appear at trial by Counsel.

                                              Defendants/Counterclaim Plaintiffs,
                                              NEROtix Unlimited Inc.,
                                              Annemarie Tyler, William J. Bearden, and
                                              NERO World, L.L.C.
                                              By their attorneys,

                                              /s/ William E. O'Brien
                                              William E. O'Brien, Esq., BBO# 552553

                                              O'BRIEN GLOBAL LAW
                                              2 Connector Road, Suite 200
                                              Westborough, Massachusetts 01581
                                              P:  781-956-5363
                                              Email: william@masstechlawyer.com

2

## Certificate of Service

I hereby certify that a true copy of the above document was served upon Joseph Valenti by filing the document using the Court's PACER system, resulting in transmission of the Notice of Electronic Filing upon registered PACER users through the Court's transmission facilities on January 31, 2024.